UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NONA WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | _____ |
| v. | ) | |
| | ) | |
| BH TRUCKS AND TRAILER RENTAL, LLC, BENITO HERNANDEZ TRUCKING, LLC, JAVIER GARCIA, and HUDSON INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF REMOVAL

**COME NOW** BH Trucks and Trailer Rental, LLC, Benito Hernandez Trucking, LLC, and Javier Garcia ("Defendants"), Defendants in the above-styled civil action and, pursuant to 28 U.S.C. § 1446, hereby remove this action now pending in the State Court of DeKalb County, State of Case, Case No. 22A02586, styled *Nona Watts v. BH Trucks and Trailer Rental, LLC*, wherein Plaintiff demands judgment against Defendants.

In support of this Notice of Removal, Defendants have filed contemporaneously herewith its Brief in Support of Removal and accompanying Exhibits, including the pleadings and entire record of this matter.

WHEREFORE, Defendants respectfully submit this matter to this Court's jurisdiction.

Respectfully submitted, this 6th day of September, 2022.

                              MOSELEY MARCINAK LAW GROUP, LLP

                              */s/ Blair J. Cash*
                              Blair J. Cash, Esq.
                              Georgia Bar No. 360457
                              blair.cash@momarlaw.com
                              Donavan K. Eason
                              Georgia Bar No. 487358
                              donavan.eason@momarlaw.com
                              *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1(C). Specifically, counsel certifies that he has used 14 point Times New Roman as the font in these documents.

                                        MOSELEY MARCINAK LAW GROUP, LLP

                                        */s/ Blair J. Cash*
                                        Blair J. Cash, Esq.
                                        Georgia Bar No. 360457
                                        blair.cash@momarlaw.com
                                        Donavan K. Eason
                                        Georgia Bar No. 487358
                                        donavan.eason@momarlaw.com
                                        *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system and via electronic mail addressed to counsel of record as follows:

Anne Marie duToit
Catherine D. Payne
PAYNE & DU TOIT
2275 Marietta Blvd. NW
Ste 270-245
Atlanta, GA 30318-2019
adutoit@pdtfirm.com
cpayne@pdtfirm.com

This the 6th day of September, 2022.

                                                      MOSELEY MARCINAK LAW GROUP, LLP

                                                      */s/ Blair J. Cash*
                                                      Blair J. Cash, Esq.
                                                      Georgia Bar No. 360457
                                                      blair.cash@momarlaw.com
                                                      Donavan K. Eason
                                                      Georgia Bar No. 487358
                                                      donavan.eason@momarlaw.com
                                                      *Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)